Argued and submitted October 27, appeal dismissed as moot November 25, 1998, petition for review denied February 2, 1999 (328 Or 275)

JAMES ARTHUR RIGGS,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(96C-13409; CA A99418)

968 P2d 859

Bill Sharp argued the cause for appellant. With him on the brief was Morrow, Monks & Sharp, P.C.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Christine Chute, Assistant Attorney General.

Before Edmonds, Presiding Judge, and Warren* and Armstrong, Judges.

PER CURIAM

Appeal dismissed as moot. *Jones v. Thompson*, 156 Or App 226, 968 P2d 380 (1998).

---

* Warren, J., *vice* Deits, C. J.